IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE COMPANY | : | NO. 10-1078 |

# **O R D E R**

**AND NOW**, this 23rd day of November, 2010, upon consideration of the Defendant's Motion to Dismiss (Docket No. 11), and all documents filed with respect thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and this action is **DISMISSED**. **IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of Liberty Mutual Insurance Company and against Essex Insurance Company. The Clerk of Court shall close this case.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.